STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
BILL COGBILL, in his official capacity of
Sheriff of the County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual; CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAUL PABLO, TERRY RIDEOUT, individuals on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>BILL COGBILL, in his official capacity of Sheriff of the County of Sonoma.<br><br>  Defendant.<br>_____/ | No. C04-03020-MJJ<br><br>STIPULATION AFTER STATUS CONFERENCE; ORDER<br><br>Granted |

A status conference was held in this matter before the Court on May 17, 2005. Attorney James Wheaton appeared at the status conference on behalf of Plaintiffs, and Deputy County Counsel Anne L. Keck appeared on behalf of Defendant. During the status conference and at an informal meeting thereafter, the parties agreed and stipulated to the following matters:

  1.   Plaintiffs no longer seek to certify this lawsuit as a class action, and withdraw all allegations contained in the First Amended Complaint that request and support a class action suit.

1

2. By virtue of the Court's Order Denying Motion for Preliminary Injunction, entered on April 13, 2005 ("Order"), Plaintiff Terry Rideout was dismissed from the case. Plaintiffs seek to dismiss Plaintiff Raul Pablo from the case as well.

3. By filing an answer in this matter, Defendant does not waive any defenses or other issues which might have been raised in a motion to dismiss. Such defenses or issues are hereby preserved to be adjudicated in the future, if necessary.

4. Defendant does not waive any issue that could have been raised in a motion for reconsideration with respect to the Order. Such issues are hereby preserved to be adjudicated in the future, if necessary.

5. The parties intend to proceed with cross-motions for summary judgment. At the status conference, the Court set the hearing on such motions for September 20, 2005, at 9:30 am. The Court requested that all the briefing on such motions be concluded at least three weeks prior to the hearing date, but left the remainder of the briefing dates to be resolved by the parties. Accordingly, the parties hereby stipulate to the following briefing due dates:

| Item | Due Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment | July 1, 2005 |
| Defendant's Opposition and Cross-Motion for Summary Judgment | July 27, 2005 |
| Plaintiff's Reply and Opposition to Cross-Motion | August 16, 2005 |
| Defendant's Reply re Cross Motion | August 30, 2005 |

6. The parties have demonstrated cooperativeness in creating and executing a discovery plan, and shall continue to proceed with any necessary discovery.

Respectfully submitted,

STEVEN M. WOODSIDE, County Counsel

Dated: June 1, 2005            By:  s/ Anne L. Keck
                                    Anne L. Keck
                                    Deputy County Counsel
                                    Attorneys for Defendant

2

Stipulation After Status Conference; Order                              C04-03020-MJJ

|  |  |
|---|---|
| | FIRST AMENDMENT PROJECT |
| Dated: June 8, 2005 | By: /s/ *James Wheaton* <br> James Wheaton <br> David Greene <br> Attorneys for Plaintiff |

&ast;       &ast;       &ast;

**ORDER**

IT IS HEREBY ORDERED as follows:

1. The foregoing stipulation of the parties is approved, and the above-stated briefing schedule is adopted by the Court.
2. This case will not proceed as a class action, and all class action allegations contained in the First Amended Complaint will be deemed stricken.
3. Plaintiff Raul Pablo is hereby dismissed from this action without prejudice.

Dated: 6/13/2005

/s/
Honorable Martin J. Jenkins
District Court Judge

APPROVED
Judge Martin J. Jenkins

3

Stipulation After Status Conference; Order                      C04-03020-MJJ