STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
 BILL COGBILL, in his official capacity of
 Sheriff of the County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual; CRIME, JUSTICE & AMERICA, INC., a California Corporation,<br><br>       Plaintiffs,<br>v.<br><br>BILL COGBILL, in his official capacity of Sheriff of the County of Sonoma.<br><br>       Defendant. | No. C-04-03020-MJJ (EMC)<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER |

After the initial Settlement Conference was held before Magistrate Judge Edward M. Chen in this matter on September 1, 2005, a second Settlement Conference was set to be held on December 12, 2005. At the time of the initial Settlement Conference, the parties had filed Cross-Motions for Summary Judgment, and the second conference was set to occur at a time after a decision on such Motions could be rendered.

The parties' Cross-Motions for Summary Judgment were ultimately heard by the regularly-assigned Court on October 4, 2005. No decision has yet been issued on those Motions to date.

There has been no change of status since the Court held the initial Settlement Conference in this matter. For this reason, the parties request a continuance of the second

1  Settlement Conference for a period of 90 days to await a decision on their Cross-Motions for
2  Summary Judgment.
3        Respectfully submitted,
4                                      STEVEN M. WOODSIDE, County Counsel
5
  Dated: November 30, 2005                 By:  s/Anne L. Keck
6                                          Anne L. Keck
                                          Deputy County Counsel
7                                            Attorneys for Defendant
8
                                  FIRST AMENDMENT PROJECT
9
10 Dated: November 30, 2005                By:  *James R. Wheaton*
                                          James Wheaton
11                                          David Greene
12                                          Attorneys for Plaintiff
13
14            *                          *                          *

15                                    **ORDER**

16      IT IS HEREBY ORDERED that the second Settlement Conference set in this matter
17 for December 12, 2005, at 9:30 a.m., is continued to March 2, 2006, at 9:30 a.m.   Further
18 Settlement Conference Statements shall be lodged with Judge Chen's Chambers seven
19 calendar days prior to the new Settlement Conference date.
20
21
22 Dated: December 6, 2005                               _____
                                           Honorable Edward M. Chen
23                                          Magistrate Judge
24
25
26
27
28