STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
 BILL COGBILL, in his official capacity of
 Sheriff of the County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual; CRIME, JUSTICE & AMERICA, INC., a California Corporation,<br><br>  Plaintiffs,<br>v.<br><br>BILL COGBILL, in his official capacity of Sheriff of the County of Sonoma.<br><br>  Defendant. | No. C04-03020-MJJ (EMC)<br><br>SECOND STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER |

After the initial Settlement Conference was held before Magistrate Judge Edward M. Chen in this matter on September 1, 2005, a second Settlement Conference was set to be held on December 12, 2005.  At the time of the initial Settlement Conference, the parties had filed Cross-Motions for Summary Judgment, and the second conference was set to occur at a time after a decision on such Motions could be rendered.  The parties' Cross-Motions for Summary Judgment were ultimately heard by the regularly-assigned Court on October 4, 2005.

Pursuant to the parties' first stipulation and order of this Court, the second Settlement Conference was continued to March 2, 2006, to await the decision on the parties' Cross-Motions for Summary Judgment.

1  As of the date of this stipulation, no decision has yet been issued on those Motions,
2 and there has been no change of status since the Court held the initial Settlement Conference.
3 Accordingly, the parties request a second continuance of the upcoming Settlement
4 Conference for a period of 90 days to await a decision on their Cross-Motions for Summary
5 Judgment.

6  Respectfully submitted,

7                                             STEVEN M. WOODSIDE, County Counsel

8 Dated: February 22, 2006        By:  s/Anne L. Keck
9                                             Anne L. Keck
                                              Deputy County Counsel
10                                            Attorneys for Defendant

11
                                              FIRST AMENDMENT PROJECT
12

13 Dated: February 22, 2006        By:   s/ David Greene
                                              James Wheaton
14                                            David Greene
                                              Attorneys for Plaintiff
15

16

17           *                    *                    *

18                              **ORDER**

19  IT IS HEREBY ORDERED that the second Settlement Conference set in this matter
20 for March 2, 2006, at 9:30 a.m., is continued to_____June 1_____, 2006, at
21 __9:30____a.m./~~p.m.~~  Further Settlement Conference Statements shall be lodged with Judge
22 Chen's Chambers seven calendar days prior to the new Settlement Conference date.

23

24

25

26 Dated: February 28, 2006        _____
27                                              Honorable
                                                Magistrate   Judge Edward M. Chen
28

*IT IS SO ORDERED*