```
STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
 BILL COGBILL, in his official capacity of
 Sheriff of the County of Sonoma
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual; CRIME, JUSTICE & AMERICA, INC., a California Corporation,<br><br>            Plaintiffs,<br>v.<br><br>BILL COGBILL, in his official capacity of Sheriff of the County of Sonoma.<br><br>            Defendant.<br>_____ / | No. C04-03020-MJJ (EMC)<br><br>THIRD STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER |

After the initial Settlement Conference was held before Magistrate Judge Edward M. Chen in this matter on September 1, 2005, a second Settlement Conference has been twice continued to allow for the filing of the Trial Court's order on the parties' Cross-Motions for Summary Judgment (heard by the Court on October 4, 2005).   Currently, the second Settlement Conference is set to be held on June 1, 2006.

As no order has yet been received on such motions, and there has been no change of status since the Court held the initial Settlement Conference in this matter, the parties request another 90-day continuance of the second Settlement Conference to await a decision on their Cross-Motions for Summary Judgment.

///

///

1

Respectfully submitted,

STEVEN M. WOODSIDE, County Counsel

Dated: May 18, 2006

By: /s/ Anne L. Keck
Anne L. Keck
Deputy County Counsel
Attorneys for Defendant

FIRST AMENDMENT PROJECT

Dated: May 23, 2006

By: /s/ James Wheaton
James Wheaton
David Greene
Attorneys for Plaintiff

\*               \*               \*

**ORDER**

IT IS HEREBY ORDERED that the second Settlement Conference set in this matter for June 1, 2006, at 9:30 a.m., is continued to August 29, 2006, at 9:30 a.m. Further Settlement Conference Statements shall be lodged with Judge Chen's Chambers seven calendar days prior to the new Settlement Conference date.

Dated: May 25, 2006

Honorable Edward M. Chen
Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*