STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
 BILL COGBILL, in his official capacity of
 Sheriff of the County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual; CRIME, JUSTICE & AMERICA, INC., a California Corporation,<br><br>        Plaintiffs,<br>v.<br><br>BILL COGBILL, in his official capacity of Sheriff of the County of Sonoma.<br><br>        Defendant. | No. C04-03020-MJJ (EMC)<br><br>FOURTH STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER |

After the initial Settlement Conference was held before Magistrate Judge Edward M. Chen in this matter on September 1, 2005, a second Settlement Conference has been thrice continued to allow for the filing of the Trial Court's order on the parties' Cross-Motions for Summary Judgment (heard by the Court on October 4, 2005).   Currently, the third Settlement Conference is set to be held on August 29, 2006.

As no order has yet been received on such motions, and there has been no change of status since the Court held the initial Settlement Conference in this matter, the parties request

/ / /

/ / /

/ / /

/ / /

1

1  another 90-day continuance of the third Settlement Conference to await a decision on their
2  Cross-Motions for Summary Judgment.
3         Respectfully submitted,
4                                                     STEVEN M. WOODSIDE, County Counsel
5  
   Dated: August 18, 2006              By:    /s/ Anne L. Keck
6                                                     Anne L. Keck
                                                      Deputy County Counsel
7                                                     Attorneys for Defendant
8  
                                                      FIRST AMENDMENT PROJECT
9  
10 Dated: August 21, 2006              By:    /s/ James Wheaton
                                                      James Wheaton
11                                                    David Greene
                                                      Attorneys for Plaintiff
12 
13              *                           *                           *
14                                       **ORDER**
15       IT IS HEREBY ORDERED that the third Settlement Conference set in this matter for
16 August 29, 2006, at 9:30 a.m., is continued to ___January 4, 2007___, ~~2006~~, at 9:30 a.m.
17 Further Settlement Conference Statements shall be lodged with Judge Chen's Chambers
18 ~~seven~~ **fourteen (14)** calendar days prior to the new Settlement Conference date.
19 
20 Dated: _August 23, 2006_                   _____
                                               Honorable Edward M. Chen
                                               Magistrate Judge
21 
   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

28